Dan Jones, appellee, v. Marlow Park Corporation, appellant.

Opinion filed June 1, 1928.

W. J. Hill and A. D. Morgan, for appellant. E. N. Bowen and D. L. Duty, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

C. Butkus, appellant, v. Franklin County Coal Company et al., appellees.

Opinion filed June 1, 1928.

J. Roy Browning and A. D. Morgan, for appellant. E. M. Spiller and C. E. Feirich, for appellees; Essington & McKibbin, of counsel.

Mr. Presiding Justice Barry delivered the opinion of the court.

Cook Brothers et al., appellees, v. H. E. Kimmel et al., appellants.

Opinion filed June 1, 1928. Rehearing denied July 23, 1928.

H. E. Kimmel, for appellants. N. I. Glenn and D. F. Moore, for appellees.

Mr. Presiding Justice Barry delivered the opinion of the court.

J. B. Reis Lumber Company, appellee, v. Otto Lindow, appellant.

Opinion filed June 1, 1928.

P. K. Johnson, for appellant. Eugene W. Kreitner, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

James Webb, appellee, v. J. V. Dillman, appellant.

Opinion filed June 1, 1928.

A. N. Tolliver and Emery E. Calhoon, for appellant. Smith & Smith, for appellee.

Mr. Justice Newhall delivered the opinion of the court.